■ In the Matter of BOARD OF EDUCATION NORTHPORT-EAST NORTHPORT UNION FREE SCHOOL DISTRICT, Respondent, v UNITED TEACHERS OF NORTHPORT et al., Appellants.—In a proceeding pursuant to CPLR article 75 to stay arbitration, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 15, 1978, which granted the application. Judgment affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice McCarthy at Special Term. We would add that under no rational interpretation could paragraph 38c of the collective bargaining agreement apply to the facts at bar. Damiani, J. P., Gulotta, Margett and Mangano, JJ., concur.